UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

USDC SDNY ORIGINAL
DOCUMENT
ELECTRONICALLY FILED
DOC #: x
DATE FILED: MAY 24 2016

UNITED STATES OF AMERICA

      - v. -

HAMLET PERALTA,

      Defendant.

- - - - - - - - - - - - - - - - - - x

: INDICTMENT

: 16 CRIM 354

:

:

JUDGE FORREST

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2013, up through and including at least in or about 2015, in the Southern District of New York and elsewhere, HAMLET PERALTA, the defendant, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, willfully and knowingly did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, PERALTA solicited and obtained millions of dollars from investors through the use of wire transfers and other means by falsely representing that PERALTA would use the

investors' money to purchase and re-sell wholesale quantities of liquor, when, in truth and in fact, PERALTA used investors' money to repay other investors and enrich himself.

(Title 18, United States Code, Section 1343.)

## FORFEITURE

2. As a result of the wire fraud offense alleged in Count One of this Indictment, HAMLET PERALTA, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), any property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of HAMLET PERALTA, the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

 (Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853.)


_____
FOREPERSON

_____
PREET BHARARA
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HAMLET PERALTA,

Defendant.

## INDICTMENT

16 Cr. \_\_\_

(18 U.S.C. § 1343.)

PREET BHARARA
United States Attorney.

5/24/16 - Filed Indictment
djc       Case assigned to J. Forrest.
                    J Gorenstein
                    USMJ