

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2016

By Electronic Mail

The Honorable Katherine B. Forrest
United States District Judge
    For the Southern District of New York
500 Pearl Street
New York, New York 10007
Email: ForrestNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 01 2016

    Re:    United States v. Hamlet Peralta
            16 Cr. 354 (KBF)

Dear Judge Forrest:

        The indictment in the above-referenced case was returned on May 24, 2016, and the case was subsequently assigned to Your Honor. The Court has scheduled the arraignment and first pretrial conference for June 3, 2016. The Government writes, with the consent of defense counsel, to respectfully request that time be excluded under the Speedy Trial Act from today's date to the date of the arraignment and first pretrial conference pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial as it will provide time for the parties to prepare for the conference.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Kan M. Nawaday
     Kan M. Nawaday
     Russell Capone
     Martin S. Bell
     Assistant United States Attorneys
     (212) 637-2311 / 2247 / 2463

*So Ordered. The exclusion is on consent and is in the interests of justice to allow for appropriate preparation.*
*/s/ KBF*
*US DJ   6/1/16*

cc:    Cesar de Castro, Esq. (By email: cdecastro@cdecastrolaw.com)
        Counsel for defendant Hamlet Peralta